1  JULIE M. MCCOY, Bar No. 129640
   LAW OFFICES OF JULIE M. MCCOY
2  JACQUELYNE M. NGUYEN, Bar No. 249658
   1670 SANTA ANA AVE., SUITE K
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax:(949) 722-8416

5  Attorney for: PLAINTIFF

6

7

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        No. CV 11-02662

12                  Plaintiff,

13         vs.                       CONSENT JUDGMENT

14  James B. Foley,

15                  Defendant

16

17      Pursuant to the above stipulation of the parties,

18  Judgment is hereby entered in favor of Plaintiff, UNITED

19  STATES OF AMERICA, against Defendant, James B. Foley, in the

20  principal amount of $22,537.96 plus interest accrued to

21  March 25, 2011, in the sum of $25,133.72; with interest

22  accruing thereafter at the daily rate of $2.76 until entry

23  of judgment, for a total amount of $**47,671.68**.

24

25  DATED: June 14, 2011        By:   Terry Nafisi
                                       Clerk of the Court
26
                                       A. Martinez
27                                     Deputy Clerk
                                 United States District Court
28